OCTOBER 24, 1913.

*Jewelry.*—United States *v.* Richards & Co. et al. (1250) ; United States *v.* Stern (1251) ; United States *v.* Musica & Son (1252) ; United States *v.* Wm. A. Brown & Co. (1253).

OCTOBER 31, 1913.

*Printed matter on coated paper.*—Gernet *r.* United States (1204) ; Gernet et al. *v.* United States (1210).

*Goddard's Plate Powder.*—United States *r.* Kraemer & Co. et al. (1173).

NOVEMBER 4, 1913.

*Goddard's Plate Powder.*—United States *r.* Acker, Merrill & Condit Co. (1192).

NOVEMBER 15, 1913.

*Twill lappings.*—United States *v.* Bredt & Co. (996).
*Immortelles.*—Rice & Co. *v.* United States (1155).
*Wood flour.*—Farr & Bailey Manufacturing Co. *v.* United States (1183).
*Fish, skinned and boned.*—United States *v.* Meyer & Lange (1198).
*Fish in tins.*—United States *v.* Strohmeyer & Arpe Co. et al. (1205).

NOVEMBER 28, 1913.

*Immortelles.*—Bayersdorfer & Co. *r.* United States (1184).
*Wood flour.*—Larzelere *v.* United States (1190) ; Innis, Speider & Co. *v.* United States (1191).

------------

**REVERSED.**

MARCH 14, 1913.

*Water of Ayr stones.*—United States *v.* Sussfeld, Lorsch & Co. (1074).

MARCH 31, 1913.

*Ham in tins.*—Lang *v.* United States (1018). Meyer & Lange et al. *v.* United States (1069).

APRIL 15, 1913.

*Matches.*—Strohmeyer *v.* United States (1107).

APRIL 25, 1913.

*Vegetable tallow.*—United States *v.* Davies, Turner & Co. (1050).

MAY 5, 1913.

*Jewelry.*—United States *v.* Emrich. King & Schorsch (879).

MAY 8, 1913.

*Grain leather.*—Bartley Bros. & Hall *r.* United States (1156).

MAY 15, 1913.

*Grindstones.*—Manufacturers Paper Co. *r.* United States (1128).

MAY 28, 1913.

*Bungo sulphur.*—Newhall & Co et al. *r.* United States (961).